RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/24/09
BY ___

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| RSUI INDEMNITY COMPANY | CIVIL ACTION NO. 09-0793 |
| VERSUS | JUDGE ROBERT G. JAMES |
| LOUISIANA RURAL PARISH INSURANCE COOPERATIVE AND MADISON PARISH POLICE JURY | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court [Doc. No. 21], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation [Doc. No. 20] is correct and that judgment as recommended therein is warranted,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant Louisiana Rural Parish Insurance Cooperative [Doc. No. 7] is **HEREBY DENIED**.

**THUS DONE AND SIGNED** this 21 day of August, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE